ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone: 415-977-8933
    Facsimile: 415-744-0134
E-Mail: paul.sachelari@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE D. JOHNSON,<br>    Plaintiff,<br>vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | No. SACV 10-1576 OP<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for cause shown,

IT IS ORDERED that plaintiff is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of FOUR THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($4,200.00) plus costs in the amount of THREE HUNDRED FIFTY dollars ($350.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: 1/9/12

_____
HONORABLE OSWALD PARADA
UNITED STATES MAGISTRATE JUDGE